IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARCO ANTONIO HERNANDEZ-HERNANDEZ,<br>Petitioner,<br>v.<br>FACILITY ADMINISTRATOR, Northwest ICE Processing Center; and SEATTLE FIELD OFFICE DIRECTOR, United States Immigration and Customs Enforcement,[1]<br>Respondents. | No. 2:26-CV-03293-SAB<br><br>**ORDER EXTENDING DEADLINE TO FILE REPLY** |

Before the Court is Petitioner's Motion for Extension of Time, ECF No. 10. Petitioner is representing himself in the matter. Respondents are represented by

---

[1] Petitioner names several Respondents. However, the proper respondent for a § 2241 petition is the person who has custody over the petitioner. *See Rumsfeld v. Padilla*, 542 U.S. 426, 434-35 (2004) (citing 28 U.S.C. §§ 2242, 2243). Because Petitioner is currently detained at the Northwest Immigration Processing Center, the proper respondent for this action is the individual in charge of that facility. **Accordingly, the Clerk is DIRECTED to name Bruce Scott, Warden of the Northwest Immigration Processing Center, as a Respondent in this action.**

Michelle R. Lambert. The Motion was considered without oral argument.

Petitioner requests the Court extend the deadline to file his reply memorandum due to mailing difficulties at the detention facility. Respondents did not file a response to the Motion.

The Court finds good cause to grant the Motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. Petitioner's Motion for Extension of Time, ECF No. 10, is **GRANTED**.

2. Respondents shall re-serve Petitioner with their Response Memorandum, ECF No. 5, and related Declarations, ECF Nos. 7 and 8, within 5 days of the entry of this Order if they have not already done so.

3. Petitioner shall file his traverse memorandum on or before **December 1, 2026**.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to counsel and pro se Petitioner, and set case management deadlines accordingly.

**DATED** this 13th day of November 2026.

Stanley A. Bastian
United States District Judge